[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 2, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10132
Non-Argument Calendar
_____

D. C. Docket No. 08-60165-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY DEHANEY,
a.k.a. Ewart Dehaney,
a.k.a. Ewart Anthony Dehaney,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 2, 2009)

Before TJOFLAT, EDMONDSON and ANDERSON, Circuit Judges.

PER CURIAM:

Alvin E. Entin, appointed counsel for Anthony Dehaney in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dehaney's convictions and sentences are **AFFIRMED**.